1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>    Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF BUTTE COUNTY,<br><br>    Respondent. | 1:18-cv-00030-JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

    The petitioner is challenging a conviction from Butte County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

    Pursuant to Local Rule 120(f), the Court may transfer a civil action to the proper venue. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, the Court **ORDERS**:

    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

    2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

        United States District Court
        Eastern District of California
        501 "I" Street, Suite 4-200
        Sacramento, CA 95814

3. This court has not ruled on petitioner's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __**January 18, 2018**__     __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE